**State of Vermont**
**Superior Court—Environmental Division**

======================================================================
# E N T R Y  R E G A R D I N G  M O T I O N S
======================================================================

**Town of Waterford v. Bellefeuille**                    **Docket No. 153-7-09 Vtec**
**(Post Judgment Enforcement Action)**

Title: Motion to Intervene & Motion to Amend Temporary Restraining Order (Filing Nos. 4 & 5)

Filed: July 18, 2012

Filed By: Shari Aldrich, Greg Aldrich, Barbara Heath, Jim Heath, Jack Newland, & Noreen Newland

No Reply Filed

___ Granted                    _X_ Denied                    ___ Other

        Currently before the Court is a motion to intervene in <u>Town of Waterford v. Bellefeuille</u>, Docket Number 153-7-09 Vtec, filed by Defendants' neighbors: Shari and Greg Aldrich, Barbara and Jim Heath, and Jack and Noreen Newland (the Neighbors).  The only pending issue in this action was a temporary restraining order granted by this Court to the Town of Waterford against Defendants on July 11, 2012.  Because we have dissolved this temporary restraining order in a concurrently-issued entry order, the Neighbors' motion to intervene is now moot. Accordingly, we **DENY** the Neighbors' motion to intervene.

        Furthermore, because we have dissolved the temporary restraining order at issue and deny the Neighbors permission to intervene in the above case, we hereby **DENY** their motion to amend the temporary restraining order.


_____          _____November 1, 2012_____
        Thomas G. Walsh, Judge                                        Date

======================================================================
Date copies sent: _____                    Clerk's Initials: _____
Copies sent to:
  Attorney Edward R. Zuccaro for Plaintiff Town of Waterford
  Defendant Paul Bellefeuille
  Defendant Lise Bellefeuille
  Attorney Steven A. Adler for Shari Aldrich, Greg Aldrich, Barbara Heath, Jim Heath, Noreen Newland, and Jack
    Newland